## VERDICT FORM

Do you find that Plaintiff Pimpanit would not have been fired but for her engaging in protected activity, that is, speaking out about wages?

Answer "Yes" or "No."

_____YES_____

## VERDICT OF THE JURY

We, the jury, have unanimously agreed to the answers of the foregoing jury charge and return such answers in open court, and under the instructions of the Court, as our verdict in this case.

Date: NOV. 15, 2022

FOREPERSON